UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MIKHAIL SHIMUNOV,                                            Civil No. _____

                          Plaintiff,                     **NOTICE OF REMOVAL**
                                                   **FROM THE CIVIL**
         - against -                                   **COURT OF THE CITY**
                                                     **OF NEW YORK,**
RELIN, GOLDSTEIN & CRANE, LLP, and                 **COUNTY OF QUEENS,**
ACCU-SERVE PROCESS SERVICE LTD.,                 <u>**INDEX NO. 007257/20**</u>

                          Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441, *et. seq.*, defendant Relin, Goldstein & Crane, LLP ("RGC"), by its attorneys, hereby removes to the United States District Court for the Eastern District of New York the state court action described below. In support of this removal, RGC states as follows:

1. On or about February 28, 2020, plaintiff Mikhail Shimunov ("plaintiff") commenced a civil action in the Civil Court of the City of New York, Queens County, captioned *Mikhail Shimunov v. Relin, Goldstein & Crane, LLP, et. al.*, and bearing Index No. 007257/20 (the "State Court Action"). A copy of the Summons and Complaint filed with the Clerk in the State Court Action was served on RGC on or about March 12, 2020. Defendant Accu-Serve Process Service LTD. ("Accu-Serve") was served on March 18, 2020.

2. This application is made on the consent of Accu-Serve.

3. A copy of the aforementioned Summons and Complaint in the State Court Action is attached to this Notice.

4. The United States District Court for the Eastern District of New York is the court in the district where the State Court Action is pending. Defendants are therefore entitled to remove the State Court Action to this Court. *See* 28 U.S.C. § 1446(a).

5. This Notice of Removal is timely filed within the time period set forth in 28 U.S.C. § 1446(b). RGC has not appeared or pleaded in the State Court Action.

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because the suit is purported to arise under the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et. seq.*

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on plaintiff through his attorney and filed with the Clerk of the Civil Court of the City of New York, County of Queens.[1]

Dated: New York, New York
March 30, 2020

Respectfully submitted,

**ROPERS MAJESKI KOHN & BENTLEY, P.C.**

By: *John W. Hanson*

John W. Hanson, Esq.
*Attorneys for Defendants*
Relin, Goldstein & Crane, LLP
750 Third Avenue, 25th Floor
New York, New York 10017
Tel.: (212) 668-5927
john.hanson@rmkb.com

To:

Edward B. Geller, Esq.
EDWARD B. GELLER, ESQ., P.C.
Of Counsel to M. Harvey Rephen & Associates, P.C.
*Attorneys for Plaintiff*
*Mikhail Shimunov*
15 Landing Way
Bronx, New York 10464
(914) 473-6783
epbh@aol.com

---

[1] In light of the COVID-19 outbreak, on March 22, 2020 Chief Administrative Judge Lawrence Marks issued an Administrative Order directing that, until further order, no papers shall be accepted for filing by a county clerk or court in any matter except for those determined to be essential. Upon further order allowing for non-essential filings this Notice of Removal shall be filed with the Clerk of the Civil Court of the City of New York, County of Queens.

David Bolton, Esq.
David Bolton, P.C.
*Attorneys for Defendant*
*Accu-Serve Process Service, LTD.*
666 Old Country Road, Suite 509
Garden City, New York 11530
Phone: (516) 222-0600
dbolton@dboltonlaw.com