UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MIKHAIL SHIMUNOV,

                Plaintiff,

- against -

RELIN, GOLDSTEIN & CRANE, LLP, and
ACCU-SERVE PROCESS SERVICE LTD.,

                Defendants.
---------------------------------------------------------------X

Civil No. 20-cv-01608

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to this proceeding, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs to either party as against the other.

Dated: New York, New York
         April 16, 2020

ROPERS MAJESKI KOHN &
BENTLEY, P.C.

By: _____
    John W. Hanson, Esq.
*Attorneys for Defendant*
*Relin Goldstein & Crane, LLP*
750 Third Avenue, 25th Floor
New York, New York 10017
(212) 668-5927
john.hanson@rmkb.com

DAVID BOLTON, P.C.

By: _____
    David Bolton, Esq.
*Attorneys for Defendant*
*Accu-Serve Process Service Ltd.*
666 Old Country Road, Ste 509
Garden City, New York 11530
(516) 222-0600mailto:john.hanson@rmkb.com
dbolton@dboltonlaw.com

EDWARD B. GELLER, ESQ., P.C.

By: _____
    Edward B. Geller, Esq.
*Attorneys for Plaintiff*
*Mikhail Shimunov*
15 Landing Way
Bronx, New York 10464
(914) 473-6783
epbh@aol.com

SO-ORDERED:

/s/ Eric N. Vitaliano
U.S.D.J.

April 20, 2020